UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br><br>Plaintiff, :<br>v. : Civil No.<br> :<br>ONE (1) HI-POINT CF 380 .380 CALIBER :<br>FIREARM BEARING SERIAL NUMBER :<br>P8148662 WITH ONE LIVE CHAMBERED :<br>ROUND AND MAGAZINE CONTAINING :<br>FOUR (4) LIVE .380 ROUNDS; ONE (1) BOX :<br>OF .32 CALIBER LIVE ROUNDS OF :<br>AMMUNITION; AND FIVE (5) LIVE :<br>.32 CALIBER ROUNDS OF AMMUNITION, :<br> :<br>Defendants. :<br> :<br>[CLAIMANT: FRANCISCO FRANCESCHINI] : | |

## STIPULATED FORFEITURE AGREEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the UNITED STATES and the CLAIMANT, FRANCISCO FRANCESCHINI ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

1. CLAIMANT agrees that, as to the Defendants: One (1) Hi-Point CF380 .380 caliber firearm bearing serial number P8148662 with one live chambered

1

round and magazine containing Four (4) live .380 rounds; One (1) Box of .32 caliber live rounds of ammunition; and Five (5) live .32 caliber rounds of ammunition, ("DEFENDANTS"), he has an ownership interest but agrees to the forfeiture of that interest to the United States.

2. CLAIMANT agrees to the forfeiture of the DEFENDANTS to the United States of America, to be disposed of according to law.

3. CLAIMANT further agrees that neither he nor any current or future officers, agents, representatives, subrogees, assigns or successors of the CLAIMANT shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of the DEFENDANTS to the UNITED STATES as provided in Paragraph 4 above. CLAIMANT further waives the requirements of Supplemental Rule G regarding direct notice to the CLAIMANT, and consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.

4. CLAIMANT hereby releases and forever discharges the United States of America, the Federal Bureau of Investigation, and their servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture, by the United States of America of the DEFENDANTS.

7. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorney's fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

6/6/22
DATE

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct30434
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
PHONE NO. (203) 821-3700
EMAIL: david.huang@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

5.19.22
DATE

FRANCISCO FRANCESCHINI
CLAIMANT

5/19/22
DATE

TRENT A. LALIMA, ESQ.
SANTOS & LALIMA, P.C.
50 RUSS STREET
HARTFORD, CT 06106

COUNSEL FOR CLAIMANT
FRANCISCO FRANCESCHINI

4